# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0359, <u>Peter Pratt & a. v. William Doherty & a.</u>, the court on February 18, 2015, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). Defendant Holly Doherty appeals a March 2014 order of the Superior Court (<u>Wageling</u>, J.), resolving the outstanding issues between her and the plaintiffs, Peter and Rachel Pratt. Despite the parties' April 2013 settlement of all matters except those related to the height of the fence at issue, Doherty first challenges a 2012 order denying her motion to dismiss, arguing that dismissal was required under the doctrines of laches, res judicata, and/or collateral estoppel. She also challenges the court's 2014 order, arguing that: (1) there is no evidence to support the trial court's finding that a six-foot tall fence is "reasonable"; (2) it was error for the trial court to find the testimony of one expert more persuasive than the testimony of the other expert; (3) the court's laches ruling is incorrect; and (4) the court exceeded its "jurisdiction" when it "reformed" the April 2013 order.

As the appealing party, Doherty has the burden of demonstrating reversible error. <u>See</u> <u>Gallo v. Traina</u>, 166 N.H. ___, ___, 103 A.3d 1183, 1186 (2014). Based upon our review of the trial court's narrative order, Doherty's challenges to it, the relevant law, and the record submitted on appeal, we conclude that Doherty has not demonstrated reversible error. <u>See</u> <u>id</u>. at ___, 103 A.3d at 1186.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**

Distribution:
Rockingham County Superior Court - 218-2012-CV-00102
Hon. John M. Lewis
Hon. Marguerite L. Wageling
Hon. Tina L. Nadeau
Mr. William Doherty
Jason A. Bielagus, Esq.
Douglas W. Macdonald, Esq.
Timothy A. Gudas, Supreme Court
Allison R. Cook, Supreme Court
File